BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
CHRISTIAN S. NAFZGER, IDAHO STATE BAR NO. 6286
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV, SUITE 600
800 EAST PARK BOULEVARD
BOISE, IDAHO 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1038

U.S. COURTS

Rcvd_____ Filed_____ Time_____
AUG 1 4 2019
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> NATHAN DANNIE WORKMAN, <br><br> Defendant. | Case No. **CR 19-0260-S DCN** <br><br> **INDICTMENT** <br><br> 18 U.S.C. §§ 922(g)(1), 924(d) <br> 28 U.S.C. § 2461(c) |

The Grand Jury charges:

## COUNT ONE

**Possession of a Firearm with Obliterated Serial Number**
**18 U.S.C. § 922(k)**

INDICTMENT - 1

On or about February 21, 2018, in the District of Idaho, the defendant, NATHAN DANNIE WORKMAN, knowingly possessed a firearm, that is, one Ruger, Model LC9, 9mm caliber pistol, that had been shipped and transported in interstate and foreign commerce, from which the manufacturer's serial number had been removed, altered and obliterated, in violation of Title 18, United States Code, Section 922(k).

### COUNT TWO

**Possession of a Firearm with Obliterated Serial Number**
**18 U.S.C. § 922(k)**

On or about February 21, 2018, in the District of Idaho, the defendant, NATHAN DANNIE WORKMAN, knowingly possessed firearms, that is, one Smith & Wesson, Model 442, .38 S&W Special revolver, that had been shipped and transported in interstate and foreign commerce, from which the manufacturer's serial number had been removed, altered and obliterated, in violation of Title 18, United States Code, Section 922(k).

### COUNT THREE

**Possession and Sale of Stolen Firearms**
**18 U.S.C. § 922(j)**

On or about February 21, 2018, in the District of Idaho, the defendant, NATHAN DANNIE WORKMAN, knowingly possessed, received, stored, sold, and disposed of stolen firearms, to wit: one Ruger, Model LC9, 9mm caliber pistol, bearing an obliterated serial number; and one Smith & Wesson, Model 442, .38 S&W Special revolver, bearing an obliterated serial number; which had been shipped and transported in interstate and foreign commerce,

knowing and having reasonable cause to believe the firearms were stolen, in violation of Title 18, United States Code, Section 922(j).

## CRIMINAL FORFEITURE ALLEGATION

### Firearm Forfeiture
### 18 U.S.C. § 924(d); 28 U.S.C. § 2461(c)

Upon conviction of the one or more of the offenses alleged in this Indictment, the defendant, NATHAN DANNIE WORKMAN, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to one Ruger, Model LC9, 9mm caliber pistol, bearing an obliterated serial number; and one Smith & Wesson, Model 442, .38 S&W Special revolver, bearing an obliterated serial number.

Substitute Assets: Pursuant to 21 U.S.C. § 853(p) and other applicable statutes, the government will seek forfeiture of substitute assets, "or any other property of the defendant," up to the value of the defendant's assets subject to forfeiture. The government will do so when the property subject to forfeiture cannot be forfeited for one or more of the following reasons:

a. Cannot be located upon the exercise of due diligence;

b. Has been transferred or sold to, or deposited with, a third person;

c. Has been placed beyond the jurisdiction of the court;

d. Has been substantially diminished in value; or

e. Has been commingled with other property which cannot be subdivided without difficulty.

Dated this 13th day of August, 2019.

INDICTMENT - 3

A TRUE BILL

*/s/ [signature on reverse]*

---

Foreperson

BART M. DAVIS
United States Attorney
By:

Christian S. Nafzger
Assistant United States Attorney

**INDICTMENT - 4**